AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Griselida LOPEZ GARCIA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  22 - 1294  ( M )<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/20/2022__ in the county of __--__ in the __----__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Reentry of Removed Aliens. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT. The government is seeking detention.
Reviewed by: AUSA Daniel J. Olinghouse

☑ Continued on the attached sheet.

Subscribed and Sworn pursuant to FRCP 4.1
at 3:35 p.m. by telephone on:

*Complainant's signature*

Juan Batista, CBP
*Printed name and title*

Date: 10/21/2022

*Judge's signature*

City and state: San Juan, Puerto Rico

Hon. Bruce J. McGiverin, U.S. Magistrate Judge
*Printed name and title*